

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-25-00380-CV

———————————————

IN RE PECOS HOUSING FINANCE CORPORATION, CARA TURN, MARIBEL ALVAREZ, AND IRENE DOMINGUEZ, Relators

---

Original Proceeding
348th District Court of Tarrant County, Texas
Trial Court No. 348-365425-25

---

Before Kerr, J.; Sudderth, C.J.; and Womack, J.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION**

The court has considered relators' petition for writ of mandamus, real party in interest's response, and relators' Agreed Motion to Dismiss and is of the opinion that the petition should be dismissed as moot. Accordingly, we dismiss relators' petition for writ of mandamus as moot. We also lift our August 1, 2025 stay of all trial court proceedings.

Per Curiam

Delivered:  August 21, 2025